356

625 A.2d 614

GOLDEN EAGLE CONSTRUCTION CO.

v.

The **PENNSYLVANIA DEPARTMENT OF TRANSPORTATION,**
a State Agency and Howard Yerusalim, in his official capacity
as Secretary of the Department of Transportation, and Spring
Industries, Inc.

Appeal of SPRING INDUSTRIES, INC.

Supreme Court of Pennsylvania.

Argued May 5, 1993.

Decided May 24, 1993.

Stuart J. Moskovitz, Englishtown, NJ, for appellant.

Gregg M. Rosen, Pittsburgh, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA,
PAPADAKOS, CAPPY and MONTEMURO, JJ.

## *ORDER*

PER CURIAM:

Motion to Dismiss Appeal for Mootness, as supplemented,
granted.

LARSEN and CAPPY, JJ., dissent.